FILED
CLERK, U.S. DISTRICT COURT
NOV - 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYESHON TERRELL CLAY,<br><br>Defendant. | Case No. CR 09-1291-RGK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On November 2, 2016, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by this Court.

Defendant was represented by Indigent Defense Panel attorney Mark Chambers, who was previously appointed to represent Defendant.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition and the Government's Request for Detention.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Allegations in petition which include use of amphetamines and cannabinoids and failure to report to the Probation Officer, failure to report for drug testing and failure to report a change in residence address, as directed by the Probation Office.

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ criminal history

☒ substance abuse as alleged in the violation petition

☒ Prior violation of supervised release conditions

### III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: November 2, 2016

                                        /s/
                                 ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE